UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DAVID SLAVIN, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>UNITED STATES POSTAL SERVICE, )<br>)<br>Defendant. ) | Case No. 3:17-cv-00134-REP |

**[Proposed] <u>ORDER GRANTING JOINT MOTION TO APPROVE SETTLEMENT</u>**

For the reasons set forth on the record on June 13, 2018, it is hereby ORDERED that the Joint Motion to Approve Settlement [Doc. 133] is GRANTED.

Applying the test from *Lynn's Food Stores, Inc. v. U.S.*, 679 F.2d 1350 (11th Cir. 1982), the Court finds there is an actual FLSA issue in dispute, the terms of the settlement are fair and reasonable, and the attorneys' fees and costs provided in the agreement are reasonable.

It is therefore ORDERED that the Joint Motion is GRANTED and that the Settlement Agreement is approved in whole. It is FURTHER ORDERED that, consistent with the Joint Motion and the Settlement Agreement:

1. The previous Order [Doc. 127] granting the parties' Joint Motion to Sever Time Alterations Claims [Doc. 118] is VACATED at the parties' request;

2. Non-responsive, declining, and improper Plaintiffs Sherod Allen, Marvin Campbell, Jayden Dabney, Christopher Hall, Inease Inmon, Sydni Jackson, Joel Johnson, Anthony Jones, and Bonner Woolard III are DISMISSED WITHOUT PREJUDICE;

3. All remaining Plaintiffs who have accepted the terms of the Settlement Agreement are DISMISSED WITH PREJUDICE.

It is so ORDERED.

_____
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: June \_\_\_ 2018